Filed: 12/17/2023 10:09 AM
Michael Gould
District Clerk
Collin County, Texas
By Selene Hernandez Deputy
Envelope ID: 82136648

CAUSE NO. <u>429-07112-2023</u>

| | | |
|---|---|---|
| EMILY KLUCKOWSKI | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| ALLSTATE INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE COURT:**

**COMES NOW,** Plaintiff, Emily Kluckowski, ("Plaintiff") and complains of and about Defendant, Allstate Insurance Company, ("Defendant" or "Allstate") and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN

1.    Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES

2.    Plaintiff, Emily Kluckowski is a resident of Boyton Beach, Florida.

3.    Defendant, Allstate Insurance Company is a duly incorporated insurance company, authorized to do business in the State of Texas, and may be served with process by directing process unto its registered agent for service: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 or any other address where they may be found.  Service is requested by private process as authorized by the Court.

## VENUE AND JURISDICTION

4.      Jurisdiction is proper in this Court because Plaintiff is entitled to damages in excess of the minimum jurisdiction of this Court.  At this time, Plaintiff seeks monetary relief between $250,000 and $1,000,000 in accordance with Texas Rules of Civil Procedure Rule 47(c)(3).  Plaintiff reserves the right to amend this Petition, including this provision, as the case continues.

5.      Venue in Collin County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because it is the county in which all or substantially all of events giving rise to the collision made the basis this lawsuit occurred.

## FACTS

6.      On or about December 23, 2020, Ashlee M. Kinder was traveling southbound on US Highway 75 in Plano, Collin County, Texas at or near the intersection of the Plano Parkway exit. Ms. Kinder struck Plaintiff from the rear, causing injuries.  Ms. Kluckowski is now making a claim filing a lawsuit for her Underinsured Motorist Benefits on her Allstate Insurance Company ("Allstate") insurance policy.

## UIM CLAIM AGAINST
## ALLSTATE INSURANCE COMPANY

7.      At the time of the motor vehicle collision described above, Plaintiff was covered by automobile liability policy of insurance with Defendant Allstate Insurance Company that included uninsured motorist coverage. Plaintiff timely and properly notified Defendant Allstate of her claims under the uninsured provision of

the policy. Defendant Allstate has not offered Plaintiff a fair settlement. All conditions precedent to bringing this suit has been performed and/or have occurred.

8.      Based on the foregoing facts, and pursuant to the policy of insurance in force and effect between Plaintiff and Defendant Allstate at the time of the collision, Plaintiff seeks a declaratory judgment pursuant to TEX. CIV. PRAC. & REM. CODE Ch. 37 that she is entitled to recover from Defendant Allstate her damages resulting from the motor vehicle collision of December 23, 2020, that those damages fall within the coverage afforded her under the Defendant Allstate's insurance policy, and specifying the amount of damages, attorney fees, interest, and court costs that Defendant Allstate is obligated to pay.

### INJURIES AND DAMAGES

9.      As a direct and proximate result of the occurrence made the basis of this lawsuit, and due to the conduct of the Defendants, Plaintiff was caused to suffer severe personal injuries, and to incur the following damages:

A.      Reasonable and necessary medical care and expenses;

B.      Cost of medical monitoring, care, treatment and prevention in the future;

C.      Physical pain and suffering in the past;

D.      Physical pain and suffering in the future;

E.      Physical impairment, past and future;

F.      Mental and emotional anguish, past and future; and

G.      Past and future lost profits and loss of earning capacity.

These damages are continuing, and as of the date of this petition, Plaintiff is still recovering from these injuries and continue to have and suffer from their injuries.

## REQUEST FOR JURY TRIAL

10.    Plaintiff, having tendered the statutory jury fee, hereby demand a trial by jury.

## REQUEST FOR DISCLOSURE

11.    Pursuant to the Texas Rules of Civil Procedure, Defendant is required to disclose, within thirty (30) days of the service of this request, the information and material described in Rule 194.2 (b)(1) to (b)(12).

## TCRP 193.7

12.     Pursuant to Texas R. Civ. P. 193.7, Plaintiff gives notice to Defendant that all documents and things produced by any Defendant may be used at any pretrial proceeding and/or the trial of this case without the necessity of authenticating said documents and things.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for:

a.    Damages in an amount in excess of the minimum jurisdictional limits of this court, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law;

b.    Post-judgment interest at the legal rate;

c.    Costs of court; and

    d.      Such other and further relief to which Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**LAW OFFICE OF JOEL A. LEVINE, PLLC**

By:   */s/  Daniel R. Smith*
       Daniel R. Smith
       State Bar No. 24095902
       3305 Northland Drive, Suite 201
       Austin, Texas 78731
       Telephone: (512) 982-1510
       Facsimile: (512) 367-5928
       Email: daniel@joelalevine.com

**ATTORNEY FOR PLAINTIFF
EMILY KLUCKOWSKI**